# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Francisco Hernandez    19-09-202
(Name of Plaintiff)    (Inmate Number)

99 water St. Wilkes-Barre PA 18702
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) Correctional Officer Paul Richards
(2) Sgt. Alford
(3) LT. Kane
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

Case Number: 1:20-CV-1161
CCC/CA

CIVIL COMPLAINT

FILED
HARRISBURG, PA
JUL 03 2020
Per _____ Deputy Clerk

Received in Supreme Court
JUL 01 2020
Middle

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

2017-2018 in the State of virginia the rest of the Information is unknown at the time

1

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? √ Yes ___No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? √ Yes ___No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed numerous of Request and Grivances

2. What was the result? Unanswered one of the Request was answered but to no avail for the answer refused to allow me to call internal Affairs and grivance was never returned

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS**

(1) Name of first defendant: Paul Richards
Employed as Correctional officer at Luzerne County Correctional Facility
Mailing address: 99 water St Wilkes-Barre PA 18702

(2) Name of second defendant: Alford
Employed as Sergant at Luzerne County Correctional Facility
Mailing address: 99 water St Wilkes Barre PA 18702

(3) Name of third defendant: Kane
Employed as Lieutenant at Luzerne County Correctional Facility
Mailing address: 99 water St Wilkes-Barre PA 18702

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On June 4th, 2020 at approx 12:10pm - 12:59pm Correctional officer Paul Richards came on pod L1 to cell 2 stating get off the phone you've been on it for an hour, I responded

2

by telling him I've only been on the phone for 5 minutes

2. Whereupon he (Paul Richards) unplugged the phone and started wrapping up the phone cord. I grabbed the phone and requested a Sgt. or Lt., since everyone else was granted their full phone time, but me. Subsequently, C/o Paul Richards then aggresively

3. snatches the phone, once he realised I was still holding the phone while requesting a Shift Commander; He then began to maliciously 'Beat' me with the WD68GI·WZ "Extension Cord Plug". while yelling, 'Let go you fucking monkey etc. while threatening

V. **RELIEF**

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. I will like Compensatory damages in excessi· amount of $14,000 and punitive damages in excess of $2,000

2. I will like a Keep seperate against me and all the parties involve and for me to be transfered to another Jail

3. I will like Paul Richards to receive discipianary actions

3

## Statement of Claim

To impact me with the OC pepper spray. Which then resulted with my right pointer finger being severely swollen, along with Blood clots & numerous Lacerations. Subsequently an All Available was then called and the following Correctional Officers responded Plus some whom I can't recall: C/o Hall, C/o Jones, C/o Sweet, C/o Scotty, C/o Bush, including the caller Paul Richards. On arrival the following Officers Above began to taunt me stating, "we've been waiting for you to act up, so don't make us come in there and beat you to death." This all was being done while I continuously requested a SGT. or Lt., Plus medical to come to my Aid. Subsequently, SGT. Alford arrived and inquired on what had taken place, I had explained to Him what C/o Paul Richards had done to me. He then asked Paul Richards if my words were true, which he then admitted to, but tried to justify his actions which weren't justifiable. Subsequently, Lt. Kane arrived and told me to Be placed in restraint cuffs, I then stated "I will only allow you to cuff me, because your officers Harrassed me and I don't trust them". Upon me being cuffed with full Cooperation, I was then placed in the 'Dry Cage'; where then SGT. Alford called Medical to come assist my injuries. My injuries were not taken into account or Documentation, and the lesser attempt was taken during treatment to conceal my wounds. Even though I kept requesting for them to do so. Subsequently, I was placed back in my cell with witness Israel Z. Berrios; where I then continued to ask for more in depth Medical attention due to severe pain and a tingling uncomfortable feeling. I was continuously denied. @ 1500 hrs second shift came and I was still requesting medical, and finally C/o P. called the nurse station, where then a nurse arrived

With an ibuprofen/Reduce Swell pill, and then stated 'I will call the doctor and let him know' with lack of emotion or care. I was then left in severe pain and discomfort, until the Overnight shift came. I then asked another Correctional Officer name non applicable, to call medical and I explained to him why my hand was the way it was. Approximately 20 minutes later a kind female nurse came, and observed my wounds attentively and with care; while stating it looked broke, and that she would let the Doctor know to schedule me for x-rays. She also gave me another pill for pain and swelling.

"This is a direct account of what took place in the Dates listed, and I ask that it be taken with severe attention, for Constitutional Rights were violated.

Francisco Hernandez

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  June  day of  16th  , 2020 .

_Francisco A. Hernandez_
(Signature of Plaintiff)

4

# INMATE REQUEST FORM

*PRINT ALL INFORMATION*

NAME: Hernandez, Francisco

DATE: 6·16·20

MODULE & CELL NUMBER: L2 · Cell 17

ADMISSION DATE:

I REQUEST TO SEE: (PLEASE CIRCLE BELOW)

WARDEN
DEPUTY WARDEN
CAPTAIN
LIEUTENANT
SERGEANT
CORPORAL
PREA COORD
RECORDS
TREATMENT COORD
COUNSELOR
WORK RELEASE
CHAPLAIN
D&A THERAPIST
PSYCH DEPT
MEDICAL
PUB. DEFENDER
LIBRARIAN/NOTARY
BONDSMAN
TEACHER
OTHER

Can I get a print out of the last 6 months of my Inmate account for court purposes

Thank you

## DO NOT WRITE BELOW THIS LINE

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

DATE REQUEST ANSWERED: 6/17

ANSWER: 28 cents deducted for print out

Received in Supreme Court
JUL 0 1 2020

REFERRAL SENT TO:
DATE RETURNED TO INMATE: Sam
SIGNATURE OF STAFF: Sam
MODULE/CELL: Middle



# FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The cost for filing a civil rights complaint is $350.00.

If you do not have sufficient funds to pay the full filing fee of $350.00 you need permission to proceed in forma pauperis. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $350.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** ____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** √

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

Received In Supreme Court   JUL 01 2020   Middle



Francisco Hernandez
99 water St.
Wilkes-Barre, PA 18702

This correspondence is from a county correctional facility and the sender is an inmate. The contents have not been checked. Luzerne County Correctional Facility is not responsible for the contents or for debts.

Received in Supreme Court
JUL 01 2020

Supreme Court
601 Commonwealth Ave
#4560
Harrisburg, PA 17120

OPENED AT CMPC