IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCISCO HERNANDEZ,** | : | CIVIL ACTION NO. 1:20-CV-1161 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CO PAUL RICHARDS, SGT. ALFORD, LT. KANE,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 8th day of September, 2021, upon consideration of defendants' motion (Doc. 31) to dismiss pursuant to Federal Rule of Civil Procedure 41(b), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 31) to dismiss is GRANTED.

2. The complaint is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this Order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania